IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 SEP 26  A 11: 05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Larry Grady #143344 )
Full name and prison number )
of plaintiff(s) )
)
v. )  CIVIL ACTION NO. 2:14cv-991-MHT
Leposey Daniels, Warden )  (To be supplied by the clerk
et al., Officer (Ms.) )  of U.S. District Court)
Jones, Captain McKee, )
)
) Jury Trial Demanded
)
)
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES( ) NO( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES( ) NO( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s)  N/A

         Defendant(s) N/A

      2. Court (if federal court, name the district; if state court, name the county) N/A

4

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition(for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Bibb County Correctional Facility, Alabama Department of Corrections._

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Elmore County Correctional Facility, Alabama Department of Corrections._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. _Leposey Daniels, Warden_ / _3520 Marion Spillway, Rd. Elmore, Alabama 36025_
2. _Officer (Ms.) Jones_ / _3520 Marion Spillway, Rd. Elmore, Alabama 36025._
3. _Captain McKee_ / _3520 Marion Spillway, Rd. Elmore, Alabama 36025_
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _March 21, 2014 through April 22, 2014_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Denial of First Amendment Right to Read_

5

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The Plaintiff's wife purchased 2 books from Books-A-Million and had them mailed by the Company directly to Elmore County Correctional Facility as required by ADOC regulations; the named Defendants collectively denied this Plaintiff the right to receive and read these eligible books approved by ADOC, and caused this Plaintiff to have the books sent home without refund and lost of funds from books the Plaintiff was entitled to receive.

GROUND TWO: Retaliation for Exercising Right to First Amendment Speech.

SUPPORTING FACTS: The Plaintiff after being denied receipt of books from an eligible Book Company, filed an Administrative Complaint against Officer (Ms.) Jones for denying him receipt of the Books permitted by ADOC; upon filing the Complaint retaliatory actions were taken against this Plaintiff by removing him from school and transferring him to a prison with no educational facilities of like kind an opportunity.

GROUND THREE: Retaliatory Transfer.

SUPPORTING FACTS: The Plaintiff asserts that he was transferred to a facility where he could not acquire his education after federal funds had been allocated for his educational participation. The transfer was conducted because numerous complaints filed against these Defendants for denying him these eligible books to read directly from Books-A-Million, and causing the lost of funds, and the Defendants action in transferring this Plaintiff was a means of retaliating against him for filing the Admin. Complaints.

6

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*Cause Defendants to reimburse funds, and award for deliberately violations of rights, amount to be later determined otherwise for actual, punitive, and compensatory.*

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  9-23-14  .
             (Date)

_____
Signature of plaintiff(s)

7

Mr. Larry Grady
AIS# 143344  Unit# B-4
Bibb County Corr. Fac.
565 Bibb Lane
Brent, Alabama 35034



Birmingham, AL P&DC 152
WED 24 SEP 2014

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United States District Court
Middle District Of Alabama
℅ Hon. Debra P. Hackett, CLERK
Post Office Box 711
Montgomery, Alabama
                36101-0711