## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY GRADY, | ) | |
| AIS #143344, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | CASE NO. 2:14-CV-991-TMH |
| LEEPOSEY DANIELS, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ANSWER

Come now the Defendants, by and through the undersigned counsel in the above-styled action, and file their answer as follows:

The Defendants deny each and every allegation in the complaint and demand the strict proof thereof.

## DEFENSES

The Defendants allege that they have not violated the Plaintiff's constitutional rights, and demand the strict proof thereof.

The Defendants allege that the Plaintiff has failed to state a claim upon which relief can be granted, generally and/or specifically.

1

The Defendants allege that they are entitled to qualified immunity against the claims of the Plaintiff.

The Defendants allege that they are entitled to the defense of respondeat superior against claims of the Plaintiff.

The Defendants allege that they are entitled to absolute and/or Eleventh Amendment immunity against the claims of the Plaintiff.

The Defendants plea the general defense.

The Defendants allege that the Plaintiff has failed to state a claim upon which a First Amendment action can be maintained.

The Defendants allege that the Plaintiff has not established the required elements of a violation under the First Amendment of the United States Constitution.

The Defendants alleges that the claims of the Plaintiff are barred pursuant to the Prisoner's Litigation Reform Act (PLRA).

The Defendants reserve the right to amend their defenses, including additional affirmative defenses, upon the receipt of information through discovery and otherwise.

The Defendants reserve the right to file an amended special report, if and when, the Plaintiff proffers specific factual allegations as to a constitutional violation.

The Plaintiff has failed to specify any facts concerning a violation of any rights under the United States Constitution.

The Defendants alleges that the Plaintiff has failed to specify any facts supporting this Defendant's alleged wrongful acts.

Respectfully Submitted,

Luther Strange
Attorney General

Anne Adams Hill (ADA054)
General Counsel

/S/ Albert S. Butler
Albert S. Butler (BUT016)
Assistant Attorney General

**ADDRESS OF COUNSEL:**
**Alabama Department of Corrections**
**Legal Division**
**301 Ripley Street**
**Post Office Box 301501**
**Montgomery, AL  36130-1501**
**334-353-3890**
**334-353-3891 Facsimile**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system.  Notification of such filing will be sent to the

following:


    Larry Jerome Grady
    AIS #143344
    Staton Correctional Facility
    P. O. Box 56
    Elmore, AL 36025

by placing same in the U.S. Mail, first class postage prepaid and properly

addressed on this the 23rd day of February, 2015.


    /S/ Albert S. Butler
    Albert S. Butler (BUT016)
    Assistant Attorney General