IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Larry Grady AIS#143344<br>Plaintiff | :<br>:<br>:<br>: |
| Vs. | : Civil Action No. 2:14cv-99-MHT<br>: |
| Leeposey Daniels, Warden III<br>Respondent | :<br>:<br>: |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Leeposey Daniels, who being known to me and being by me first duly sworn, deposes and says the following.

My name is Leeposey Daniels. I am currently employed with the Alabama Department of Corrections as the Warden III at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-one years of age.

I deny each and every allegation inmate Grady has addressed in his complaint. I deny violating Inmate Grady's claim that his First Amendment Rights were violated. Inmate Grady has not been denied the opportunity to read. Inmate Grady did receive reading material from his wife. After the material was reviewed, it was determined that the material contained explicit and graphic material. Inmate Grady was then afforded the opportunity to either have a family member take the rejected material with them at Visitation or to send the material home via mail at his own expense.



EXHIBIT A.

I deny Inmate Grady's claim that he was transferred to another facility due to retaliation. Inmate Grady was transferred to another facility due to a Warden to Warden transfer. Inmate Grady was not the only inmate selected to be transferred at that time.

_____
Leeposey Daniels, Warden III

STATE OF ALABAMA:

COUNTY OF ELMORE:

Sworn to and subscribed before me and given under my hand and official seal on this the _27th_ Day of _January 2015_, ~~2013~~.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:
January 2, 2019

My Commission expires _____