IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Larry Grady #, 143344 | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action-2:14CV-99-MHT |
| Warden Leeposey Daniels | : | |
| Captain Charles McKee | : | |
| Officer Althea Jones | | |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Charles McKee, who being known to me and being by me first duly sworn, deposes and says the following.

My name is Charles McKee. I am currently employed with the Alabama Department of Corrections as a Correctional Captain at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-one (21) years of age.

Inmate Grady alleges that I denied him the opportunity to receive books ordered by Books-A-Million. Inmate Grady did receive books as he stated but after reviewing the books, it was determined the books contained graphic and obscene language. Inmate Grady was allowed to send the books home via Visitation of a family member, mail them home at his expense, or return to sender. Inmate Grady chose to mail the books home at his expense. Inmate Grady was not issued a Notification of Rejected Mail due to his agreeing to return the books to sender. Inmate Grady alleges that he was transferred to another facility for filing a complaint. I deny that inmate Grady was transferred due to retaliation. Inmate Grady transfer was merely to accommodate another Institution request for a



Warden to Warden Transfer. Inmate Grady was not the only inmate selected for this transfer.

_____
CHARLES MCKEE

**STATE OF ALABAMA:**

**COUNTY OF ELMORE:**

Sworn to and subscribed before me, and given under my hand and official seal, on this the 27th day of January, 2015.

_____
NOTARY PUBLIC

My Commission expires  MY COMMISSION EXPIRES: January 2, 2019