IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Larry Grady #, 143344

    Plaintiff,

vs.

Warden Leeposey Daniels
Captain Charles McKee
Officer Althea Jones

Civil Action-2:14CV-99-MHT

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Althea Jones, who being known to me and being by me first duly sworn, deposes and says the following.

My name is Althea Jones. I am currently employed with the Alabama Department of Corrections as a Correctional Officer at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-one (21) years of age.

Inmate Grady alleges that he was not afforded the opportunity to receive books. Inmate Grady did indeed receive books from Books-A-Million upon reviewing contents of these books. The books language was obscene, graphic and violent.

Inmate Grady was allowed to send these books home by mail or by visitation of a family member. A rejected mail was not issued due to Inmate Grady choosing to mail these books home at his expense, as well as returning them to the sender. I have no knowledge of any transfer. This is dictated by Central Records or Warden to Warden.

Nor do I have any knowledge of inmate Grady's Educational status.



EXHIBIT C.

_Althea Jones_
**ALTHEA JONES**

**STATE OF ALABAMA:**

**COUNTY OF ELMORE:**

Sworn to and subscribed before me, and given under my hand and official seal, on this

the ___27th___ day of ___January___, 2015.

___Tiffany Paige Langley___
**NOTARY PUBLIC**

My Commission expires ___MY COMMISSION EXPIRES: January 2, 2019___