I am writting this letter in regard to my being transferred from the Elmore Correctional facility wherein I had been transferred to attend J.F. Ingram Technical College.

First and foremost, I would want you to know that I have great enthusiasm and eager anticipation of utilizing this period of incarceration to obtain the training and schooling to educate myself and implement this advancement in my education as a means of subsistence or support. This was and remains a very important step for me in my being reintegrated back into society once released from prison. I have had to wait ten (10) years to meet the criteria to participate in this vocational training, and worked very hard to qualify in studying for the pre-testing that is required. I was successful in the pre-test and had started my training in electrical technology in may of 2014. (Please see Attached) However, on June 13th, 2014, I was transferred to Bibb Correctional facility wherein there is absolutely no manner of vocational opportunities and no means for rehabilitation. I had not been

(1)

EXHIBIT D.

recommended for any transfers through the Classification Specialist at Elmore, nor had I wanted to be transferred as I wanted to successfully complete my training that I had begun. While being housed at the Elmore facility, I had filed a complaint against administration concerning books my wife had ordered and I did not recieve.

These books were rejected by administration with no valid reason and in such an untimely manner that my wife was unable to get a refund on the books, (please see attached).

However, once I was transferred to the Bibb facility, I recieved the same books that were rejected at Elmore. After submitting said complaint, I was informed by Warden Leeposey Daniels, the warden of the Elmore facility, "That if anyone comes to talk to me concerning this complaint, you will not remain in my camp."

Therefore, I can only believe that my being transferred from Elmore was a direct result of my filing the aforesaid complaint and I do feel that my being transferred was simply retaliation for my filing this complaint. I have written the Commissioner, Kim Thomas regarding my being transferred to a facility wherein I cannot complete my

(2)

vocational training and emphasizing therein, the importance of my education, however I have not recieved any reply.

It is my understanding that the primary mission of the Alabama Dept. of Corrections is to confine, manage and provide "rehabilitative" programs for convicted felons in a safe, secure and humane enviroment, utilizing professionals who are committed to public safety and the positive re-entry of offenders into society.

My training in the field of electrical technology would certainly promote a successful transistion back into my community as well as secure self-sustaining employment once released from prison. What has taken place in the issue at hand is certainly in contrast with the mission of the Alabama Dept. of Corrections to provide rehabilitative programs. Therefore, with all the aforementioned premises considered, and with all due respect, I would pray this office will review this matter and initiate my transfer to the Staton facility wherein I may continue my vocational training that is sorely needed

and eagerly desired as a stepping stone from prison to the free world and also an essential tool to be a productive and law-abiding citizen once released..

Thank you in advance for your time.

Done this 5TH day of JAN., 2015.

Respectfully and sincerely,

Larry Grady

Larry Grady #143344
Bibb Corr. facility
565 Bibb Lane
Brent, AL 35034

C.C: Treatment Director
  Ala. Dept. of Corrections

C.C: Programs
  Ala. Dept. of. Corrections

CC: Re-entry Program
  Ala. Dept. of Corrections

C.C: Constituent Services
  Ala. Dept. of Corrections

CC: Executive Asst. Commissioner
  Ala. Dept of Corrections

(4)

Larry Grady
AIS/143344    UNIT A-3
Bibb County Corr. Fac.
5 6 5  Bibb  Lane
Brent, Alabama  35034

July 17th, 2014

ALABAMA DEPARTMENT OF CORRECTIONS
C/o Commissioner Kim Thomas
3 0 1  South  Ripley  Street
Post  Office  Box  301501
Montgomery, Alabama  36130-1501

Re: Administrative Complaint

Dear Commissioner Thomas and All Other Concerned,

I find it necessary at this time to once again make this valid complaint in regards to my arbitrary transfer from Elmore Correctional Facility and my eventual removal from Technical Vocation School at J. F. Ingram Technical College, which was based on my making an official complaint against Correctional Officer Jones which I made in regards to Her personal decision to deny me books that had been properly purchased by my wife and forwarded to me by the Books-A-Million as required by Alabama Department of Corrections Administrative Regulation Number 448.

I had went through the proper chain-of-command with the Shift Supervisors, the Captain to the Warden, and eventually to this Commissioner's Office seeking assistance, however, upon my lodging my complaint with this Commissioner's Office, I was arbitrarily removed from J. F. Ingram Technical College and transferred to another prison facility, one in which has no manner of vocational opportunities for me, namely Bibb County Correctional Facility.

In support of my previous complaint concerning the purchased books which were arbitrarily rejected by Officer Jones at Elmore Correctional Facility and resulted in my making a complaint, these same previously

Page 1