Alabama Department of Corrections                              CLAS091
Classification Inmate Summary
AIS   00143344B   GRADY, LARRY JEROME

AIS: 00143344B            Prev/Next: P0042111
Inmate: GRADY, LARRY JEROME
Legal:
  R/S: BM     Dob: ████        SSN: xxx-xx-3635
  Inst: 037 - BIBB COUNTY CORRECTIONAL FAC.   BE
  Admit: 12/14/2005  1 - LIFE SENTENCE
Status: 1 - 1
  Jail: 000Y 02M 15D            Retro CIT: NONE
Security: (4) Four
Custody: MED-9    Custody Date: 09/16/2014    Parole Review Date:

Alias: Alias: "PAP",, Alias: "SLICK GRADY",, Alias: JONES, ALFORD, Alias: JONES, ALFRED, Alias: GRADY, LARRY, Alias: GRADY, LARRY GEROME, Alias: GRADY, LARRY J
IMAS: No Current Status Entered in IMAS

Class Date: 12/14/2005
CLASS IV - PROHIBITED FROM EARNING GOODTIME

| Total Term | Min Rel Dt | GoodTime Bal | GoodTime Rev | Dead Time | Long Date |
|---|---|---|---|---|---|
| LIFE | 99/99/9999 | 000Y 00M 00D | 000Y 00M 00D | 00Y 00M 00D | 99/99/9999 |

Inmate Literal:

****************************************************************************************************

**Offenses for 00143344B**

| Seq | County | Sent Dt | Case Nbr | Total Fees Hab Off | JL-CR | Term | |
|---|---|---|---|---|---|---|---|
| 1 | LEE | 12/14/2005 | CC2003000455 | 39422.00  Y | 75 | LIFE | CS |
|   | 002A - MURDER | | | | | | |

****************************************************************************************************

**Detainer Warrants for 00143344B**
Inmate Currently has NO ACTIVE Detainer Warrants

****************************************************************************************************

**Probations, Escapes and Paroles for 00143344B**
No Probations        No Escape Sentences        No Escapes        No Parole Releases

****************************************************************************************************

**Disciplinaries for 00143344B**
Seq: 1   MAJOR Discipline on 01/03/2013 At Inst: 045 - BULLOCK CORRECTIONAL FACILITY
         Cust from 29 to 29        Retain Days: 0        Time Lost: 0Y 0M 0D
         Rule: 517 - INSUBORDINATION

Run Date: 11/24/2014 10:14:48 AM           EXHIBIT E.           Page 1 of 1