

# INGRAM STATE TECHNICAL COLLEGE

April 29, 2014

Mr. Larry Grady
AIS#143344
P.O. Box 8
Elmore, AL 36025

Dear Mr. Grady:

Congratulations! You have been admitted to Ingram State Technical College (ISTC) for the summer semester 2014. On behalf of the faculty and staff, I want you to know how pleased we are that you have chosen to become part of the ISTC family.

At this time, we are holding a space for you in the Electrical program, Draper. Classes begin on Tuesday, May 6, 2014. Please report to the appropriate gate within your institution to report to school. ISTC reserves the right to withdraw your admission if you do not report for class within three (3) days of this date.

Students admitted to ISTC must complete orientation prior to the end of the first semester. A student services representative will provide you with information regarding orientation once the semester begins. In the meantime, our faculty and staff are happy to answer your questions as you make your transition to the college community. Please see a student services representative, if you questions or need assistance.

Again, congratulations, and welcome to Ingram State Technical College.

Sincerely,

*R. Edwards*

R. Edwards
Interim Dean of Students and Support Services

RE/tt

*Hank Dasinger, Ph.D., President*
*P.O. Box 220350 • Deatsville, Alabama 36022*
*Phone: 334-285-5177    Fax: 334-285-2521*



EXHIBIT F.