# Alabama Department of Corrections
## Inmate Movement History / All Suffixes

IMAS023

**Inmate Name:** GRADY, LARRY JEROME  **AIS / Suf:** 00143344B
**SL / Custody:** 4 / MEDIUM  **Race / Sex:** B / M
**DOB:**  **SSN:** ***-**-3635
**Institution:** BIBB COUNTY CORRECTIONAL FAC.  **Current Bed:** D3-20A



| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 10/30/2014 | Moved to Bed | Bed: D3-20A @ 14:30 | | SL: 4 Cust: MED Comments: CAPTAIN HUTTON | Phyllis Mccall |
| 10/25/2014 | Status changed to | DISCIPLINARY SEGREGATION | 10/30/2014 | SL: 4 Cust: MED | Phyllis Mccall |
| 10/25/2014 | Moved to Bed | Bed: D2-1B @ 14:07 | 10/30/2014 | SL: 4 Cust: MED Comments: ICS | Felicia Ford |
| 10/25/2014 | Moved to Bed | Bed: F4-12A @ 06:49 | 10/25/2014 | SL: 4 Cust: MED | Tawayne Whitt |
| 07/23/2014 | Moved to Bed | Bed: B4-13A @ 23:12 | 10/25/2014 | SL: 4 Cust: MED | Terry Wilson |
| 07/23/2014 | Moved to Bed | Bed: E3-1A @ 09:33 | 07/23/2014 | SL: 4 Cust: MED Comments: PUGH/ICS | Phyllis Mccall |
| 06/22/2014 | Moved to Bed | Bed: A3-2A @ 11:09 | 07/23/2014 | SL: 4 Cust: MED Comments: ICS | Phyllis Mccall |
| 06/13/2014 | Moved to Bed | Bed: D1-22A @ 10:14 | 06/22/2014 | SL: 4 Cust: MED | Felicia Ford |
| 05/17/2014 | Moved to Bed | Bed: A3-8A @ 19:16 | 06/13/2014 | SL: 4 Cust: MED | Jerome Smith |
| 05/17/2014 | Moved to Bed | Bed: A3-7B @ 17:52 | 05/17/2014 | SL: 4 Cust: MED Comments: ics | Barbara Bell |
| 05/16/2014 | Moved to Bed | Bed: B4-11A @ 16:52 | 05/17/2014 | SL: 4 Cust: MED Comments: ICS | Robert Rutledge |
| 05/12/2014 | Moved to Bed | Bed: D3-12A @ 18:06 | 05/16/2014 | SL: 4 Cust: MED Comments: INST TRN | Felicia Ford |
| 05/12/2014 | Transferred to | BIBB COUNTY CORRECTIONAL FAC. | 05/12/2014 | SL: 4 Cust: MED | Sharon Myles |
| 10/28/2013 | Moved to Bed | Bed: C2-83A @ 19:10 | 05/12/2014 | SL: 4 Cust: MED | Katrina Moore |
| 10/18/2013 | Moved to Bed | Bed: C1-48A @ 16:23 | 10/28/2013 | SL: 4 Cust: MED Comments: BBP profile for 180 days | Cheryl Watson |
| 10/18/2013 | Moved to Bed | Bed: C1-55B @ 15:02 | 10/18/2013 | SL: 4 Cust: MED Comments: Recieved from Bullock | Cheryl Watson |
| 10/18/2013 | Transferred to | ELMORE CORRECTIONAL FACILITY | 05/12/2014 | SL: 4 Cust: MED Comments: ICS/DISCIPLINARY | Zell Swinney |
| 07/23/2013 | Moved to Bed | Bed: D2-4A @ 10:06 | 10/18/2013 | SL: 4 Cust: MED Comments: ICS | Leon White |
| 05/23/2013 | Moved to Bed | Bed: D2-14A @ 10:00 | 07/23/2013 | SL: 4 Cust: MED Comments: ICS | Leon White |
| 12/27/2012 | Moved to Bed | Bed: F2-7A @ 13:26 | 05/23/2013 | SL: 4 Cust: MED Comments: ICS/DISCIPLINARY | Ruby Carter |



EXHIBIT G.

Alabama Department of Corrections
Inmate Movement History / All Suffixes

IMAS023

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 05/10/2011 | Moved to Bed | Bed: C3-15A @ 14:10 | 12/27/2012 | SL: 4 Cust: MED | Leon White |
| 04/13/2011 | Moved to Bed | Bed: C3-10A @ 11:39 | 05/10/2011 | SL: 4 Cust: MED | Ruby Carter |
| 08/17/2010 | Moved to Bed | Bed: C2-3A @ 11:28 | 04/13/2011 | SL: 4 Cust: MED | Ruby Carter |
| 06/08/2010 | Moved to Bed | Bed: E2-37A @ 09:57 | 08/17/2010 | SL: 4 Cust: MED | Ruby Carter |
| 04/13/2010 | Moved to Bed | Bed: E2-10A @ 09:35 | 06/08/2010 | SL: 4 Cust: MED | Ruby Carter |
| 04/09/2010 | Moved to Bed | Bed: F1-23A @ 10:51 | 04/13/2010 | SL: 4 Cust: MED | Ruby Carter |
| 03/17/2010 | Status changed to | HOSPITAL (WITHIN PRISON) (Conversion) | 04/09/2010 | | Ruby Carter |
| 03/17/2010 | Moved to Bed | Bed: A3-3A @ 10:06 | 04/09/2010 | SL: 4 Cust: MED | Ruby Carter |
| 03/17/2010 | Moved to Bed | Bed: C4-17A @ 08:09 | 03/17/2010 | SL: 4 Cust: MED | Ruby Carter |
| 03/17/2010 | Moved to Bed | Bed: C4-17A @ 08:08 | 03/17/2010 | SL: 4 Cust: MED | Ruby Carter |
| 03/16/2010 | Moved to Bed | Bed: G1-21A @ 14:18 | 03/17/2010 | SL: 4 Cust: MED | Ruby Carter |
| **03/16/2010** | **Transfered to** | **BULLOCK CORRECTIONAL FACILITY** | **10/18/2013** | | **Eugene Williams** |
| 03/05/2010 | Status changed to | HOSPITAL (WITHIN PRISON) (Conversion) | 03/16/2010 | | Hoa Bui |
| 03/05/2010 | Moved to Bed | Bed: P7-26A @ 14:45 | 03/16/2010 | SL: 4 Cust: MED | Hoa Bui |
| 03/05/2010 | Moved to Bin | Bin: Holding @ 12:29 | 03/05/2010 | SL: 4 Cust: MED | Eugene Williams |
| 03/02/2010 | Status changed to | MEDICAL HOLD | 03/16/2010 | | Hoa Bui |
| 03/01/2010 | Status changed to | OUT-GATE | 03/05/2010 | Outgated To FREE WORLD HOSPITAL (From Bullock Correctional admitted to Baptist Hospital East.) | Willie Jackson |
| 03/01/2010 | Moved to Bin | Bin: Holding @ 16:55 | 03/05/2010 | SL: 4 Cust: MED | Willie Jackson |
| **03/01/2010** | **Transfered to** | **KILBY INFIRMARY** | **03/16/2010** | | **Willie Jackson** |
| 01/11/2010 | Moved to Bed | Bed: E2-39A @ 12:45 | 03/01/2010 | SL: 4 Cust: MED | Ruby Carter |
| 01/11/2010 | Moved to Bin | Bin: Holding @ 12:26 | 01/11/2010 | SL: 4 Cust: MED | Ruby Carter |
| 01/05/2010 | Status changed to | OUT-GATE | 01/11/2010 | Outgated To PERRY COUNTY DETENTION FAC () | Ruby Carter |
| 12/23/2009 | Moved to Bed | Bed: E2-39A @ 10:23 | 01/11/2010 | SL: 4 Cust: MED | Ruby Carter |
| 12/23/2009 | Moved to Bin | Bin: Holding @ 10:18 | 12/23/2009 | SL: 4 Cust: MED | Ruby Carter |
| **12/23/2009** | **Transfered to** | **BULLOCK CORRECTIONAL FACILITY** | **03/01/2010** | | **Ruby Carter** |

Alabama Department of Corrections
Inmate Movement History / All Suffixes

IMAS023

| Begin Dt | Type | Institution / Status / Bed | Until | Comments | User Name |
|---|---|---|---|---|---|
| 12/22/2009 | CRO | CENTRAL RECORDS MONITOR | 12/23/2009 | | Henry Reynolds |
| 08/28/2009 | Status changed to | MEDICAL HOLD | 12/22/2009 | | Henry Reynolds |
| 09/20/2007 | Transfered to | VENTRESS CORRECTIONAL CENTER | 12/22/2009 | | Migration |
| 09/11/2006 | Status changed to | POPULATION | (Conversion) | 09/20/2007 | Sc Migration |
| 09/11/2006 | Transfered to | S LOUISIANA COR CTR (MALE) | 09/20/2007 | | Migration |
| 06/14/2006 | Status changed to | POPULATION | (Conversion) | 09/11/2006 | Sc Migration |
| 06/14/2006 | Transfered to | PINE PRAIRIE COR CTR (LA) | 09/11/2006 | | Migration |
| 03/02/2006 | Status changed to | POPULATION | (Conversion) | 06/14/2006 | Sc Migration |
| 03/02/2006 | Transfered to | BIBB COUNTY CORRECTIONAL FAC. | 06/14/2006 | | Migration |
| 02/08/2006 | Status changed to | POPULATION | (Conversion) | 03/02/2006 | Sc Migration |
| 02/08/2006 | Transfered to | KILBY RCC | 03/02/2006 | | Migration |
| 12/14/2005 | Status changed to | POPULATION | (Conversion) | 02/08/2006 | Sc Migration |
| 12/14/2005 | Transfered to | LEE COUNTY JAIL | 02/08/2006 | | Migration |
| 03/05/1998 | Released | UNASSIGNED | 12/14/2005 | | Migration |
| 03/05/1998 | CRO | CENTRAL RECORDS MONITOR | 03/05/1998 | | Migration |
| 05/17/1996 | Status changed to | POPULATION | (Conversion) | 03/05/1998 | Sc Migration |
| 05/17/1996 | Transfered to | RED EAGLE WORK CENTER | 03/05/1998 | | Migration |
| 05/15/1996 | Status changed to | POPULATION | (Conversion) | 05/17/1996 | Sc Migration |
| 05/15/1996 | Transfered to | ELMORE CORRECTIONAL FACILITY | 05/17/1996 | | Migration |
| 03/13/1996 | Status changed to | POPULATION | (Conversion) | 05/15/1996 | Sc Migration |
| 01/05/1996 | Status changed to | DRUG PROGRAM | (Conversion) | 03/13/1996 | Sc Migration |
| 11/06/1995 | Status changed to | POPULATION | (Conversion) | 01/05/1996 | Sc Migration |
| 11/03/1995 | Status changed to | DRUG PROGRAM | | 11/06/1995 | Sc Migration |
| 11/03/1995 | Transfered to | BULLOCK CORRECTIONAL FACILITY | 05/15/1996 | | Migration |
| 11/01/1995 | Status changed to | POPULATION | (Conversion) | 11/03/1995 | Sc Migration |
| 11/01/1995 | Transfered to | KILBY RCC | 11/03/1995 | | Migration |
| 10/17/1994 | Status changed to | POPULATION | (Conversion) | 11/01/1995 | Sc Migration |

Alabama Department of Corrections
Inmate Movement History / All Suffixes

| Begin Dt | Type | Institution / Status / Bed | | Until | Comments | User Name |
|---|---|---|---|---|---|---|
| 10/17/1994 | Transferred to | WILLIAM E. DONALDSON CORR. FAC | | 11/01/1995 | | Migration |
| 09/09/1994 | Status changed to | POPULATION | (Conversion) | 10/17/1994 | | Sc Migration |
| 09/09/1994 | Transferred to | KILBY RCC | | 10/17/1994 | | Migration |
| 06/30/1994 | Status changed to | POPULATION | (Conversion) | 09/09/1994 | | Sc Migration |
| 06/30/1994 | Transferred to | LEE COUNTY JAIL | | 09/09/1994 | | Migration |
| 02/22/1988 | Released | UNASSIGNED | | 06/30/1994 | | Migration |
| 03/19/1987 | Status changed to | POPULATION | (Conversion) | 02/22/1988 | | Sc Migration |
| 03/19/1987 | Transferred to | ALEX CITY WORK RELEASE | | 02/22/1988 | | Migration |
| 02/09/1987 | Status changed to | POPULATION | (Conversion) | 03/19/1987 | | Sc Migration |
| 02/09/1987 | Transferred to | ELBA WORK RELEASE | | 03/19/1987 | | Migration |
| 12/03/1986 | Status changed to | POPULATION | (Conversion) | 02/09/1987 | | Sc Migration |
| 12/03/1986 | Transferred to | ATMORE WORK RELEASE | | 02/09/1987 | | Migration |
| 12/01/1986 | Status changed to | POPULATION | (Conversion) | 12/03/1986 | | Sc Migration |
| 12/01/1986 | Transferred to | FRANK LEE YOUTH CENTER | | 12/03/1986 | | Migration |
| 05/13/1986 | Status changed to | POPULATION | (Conversion) | 12/01/1986 | | Sc Migration |
| 05/13/1986 | Transferred to | CATTLE RANCH | | 12/01/1986 | | Migration |
| 04/10/1986 | Status changed to | POPULATION | (Conversion) | 05/13/1986 | | Sc Migration |
| 04/10/1986 | Transferred to | DRAPER CORRECTIONAL CENTER | | 05/13/1986 | | Migration |
| 04/01/1986 | Status changed to | POPULATION | (Conversion) | 04/10/1986 | | Sc Migration |
| 03/31/1986 | Status changed to | SINGLE CELL | (Conversion) | 04/01/1986 | | Sc Migration |
| 03/31/1986 | Transferred to | KILBY RCC | | 04/10/1986 | | Migration |
| 03/31/1986 | Status changed to | POPULATION | (Conversion) | 03/31/1986 | | Sc Migration |
| 03/31/1986 | Transferred to | LEE COUNTY JAIL | | 03/31/1986 | | Migration |