618034247 - 046

| SHIP TO: | Larry Grady<br>565 Bibb Ln<br>Bibb Correctional Facility Lar<br>Brent AL 35034-4040<br>United States Of America | ORDER NO.<br>00000005534112 | PAGE NO.<br>1 |  BOOKS·A·MILLION<br>shop online at booksamillion.com |
|---|---|---|---|---|

| SHIPMENT NO.<br>3235527 | SHIP VIA<br>USPS TRACKING # eVS | DATE<br>7/01/14 |
|---|---|---|

| Item Number | SHIP | Line | Item Description | Ord | Purchase Order No. |
|---|---|---|---|---|---|
| 9780345508782 | 1 | 001 | HITTIN THE BRICKS AN URBAN EROTIC TALE | 1 | |
| 9780345486912 | 1 | 002 | THUG A LICIOUS | 1 | |
| | 2 | ... | TOTAL QUANTITY FOR ORDER ...<br>   END OF ORDER    7/01/14    9:24:28 | 2 | |

**Return Policy**
BOOKSAMILLION.COM guarantees your satisfaction and offers you returns within 30 days of order receipt. To ensure that your returned merchandise is credited properly **you must first contact Customer Service to obtain a return authorization number and package label.** Packages without proper return authorization will not be accepted.

Items returned will be refunded to the credit card used; if you paid by check, you will be issued a merchandise credit. We do not issue refund checks. Please note that **shipping and handling charges are non-refundable.**

To return an item for any reason within 30 days of order receipt:

* Send an email message to our Customer Service department at Support@Booksamillion.com. Put "Return authorization needed" on the subject line to help us process your request quickly. In the body of the email message specify your Order ID number, the reason for return, and list the item(s) you are returning. We will provide a return authorization number within 24 hours and will email a return label to you.
* Pack the item(s) that you are returning to us. Enclose a copy of your packing slip and wrap the package securely.

Please note: BOOKSAMILLION.COM purchases cannot be returned to Books-A-Million, Inc. retail stores.
All returns and billing questions must be resolved within 30 days of order receipt.

Books-A-Million.com
Dept R
5055 West 79th Street
Indianapolis, IN 46268

Call 1-800-201-3550 for the Books-A-Million location nearest you.

Return Label

Books-A-Million.com
Dept R
5055 West 79th Street
Indianapolis, IN 46268

VIA: PMAI
SHIPPER NO.   6
PKG. ID#
9205590101589612892390
3235527

ORDER #   00000005534112
Larry Grady
565 Bibb Ln
Bibb Correctional Facility Lar
Brent AL 35034-4040
United States Of America

Larry Grady
565 Bibb Ln
Bibb Correctional Facility Lar
Brent AL 35034-4040
United States Of America


EXHIBIT I.

Books-A-Million.com
Dept R
5055 West 79th Street
Indianapolis, IN 46268

COE3235527