IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LARRY JEROME GRADY,           )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>LEEPOSEY DANIELS, WARDEN,     )<br>et al.,                       )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>  2:14cv991-MHT |

## ORDER

It is ORDERED that the motion for temporary restraining order (doc. no. 24) is denied and that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 6th day of April, 2015.

　　　　　　　　　　　　　　　___/s/ Myron H. Thompson___
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**