In the United States District Court
For the Middle District of Alabama
Northern Division

RECEIVED 2015 APR 24 A 11:08
DEBRA P. HACKETT CLK
U.S. DISTRICT ALA

Larry Grady, #143344,

    Plaintiff,

versus

    Civil Action No. 2:14-CV-991-MHT

Leeposey Daniels, Warden, Et Al.,

    Defendants

## Plaintiff Response to the Answer and Written Report 2/23/2015

Comes now the Plaintiff, "Larry Grady" (hereinafter Grady) Pro Se in the above files his Response to the Answer and Written Report; wherefore sets forth the following:

### Specifically:

Plaintiff alleges that he is being unlawfully denied access to two books his wife sent him and that Defendants retaliated against him for filing this complaint by transferring him to another facility.

[1]

(A) Exhibit-A, Defendant Leerosey Daniels, Warden admits in his Affidavit that:

"

[1] Plaintiff were unlawfully denied access to two books his wife sent, spent her money, went by all rules governing "State of Alabama Department of Corrections, Administrative Regulation Number 448. See Defendants Exhibit-A, Id at Page No. 9 of 12 No. 6.

"

[2] Neither Defendants Affidavits comply with Rule Administrative Regulation 448, Specifically:

"

These Affidavits of Defendants state: Plaintiff did receive reading material from his wife. After the material was reviewed, it was determined that the material contained explicit and graphic material.

"

Each failed to comply with Exhibit-A, Pg. 9 of 12 Id at No. #6.

"This documentation will include copies of pages of the excluded issue that contain material that has been identified as violating the restrictions."

(2) The Plaintiff seek monetary damages, "specifically if nothing else pay my wife her money she lost in this action and be placed back into Trade School.

[2]

(5) Defendants states clearly that Warden Transferred Plantiff, Specifically:

Inmate Grady was Transferred to another facility due to a Warden to Warden Transfer. See Special Report by Defendants.

Report will also substantiate Plantiff Claim, He was in school when He was Transferred, and as of this day Have not been Able to return to school to finish.

## Statement of the Facts

Plantiff was Confined at The Elmore Correctional Facility From October 18, 2013 until May 12, 2014, when He was Transferred to The Bibb Correctional Facility. Plantiff was Transferred to Bibb on a Warden-to-Warden Transfer, Taken out of school, Behind a Complant That He filed Against Defendants.

After The Defendants Keep The Book To Past The Time for Plantiff's wife To get Her Refund, Plantiff filed This Complaint. (See Defendants Exhibit-8)

While Transferred to Bibb, Plantiff Asked for The same book and Recieves Them. (See Defendants Exhibit-I)

Plantiff Have since been Transferred From Bibb to Staton Corr. Facility To finish school, and Plantiff is Having a Problem getting back in school.

[3]

## Argument

Plaintiff Complaint meet the pleading requirements defined in Rule 8(a) of the Federal Rules of Civil Procedure. A Complaint must be reviewed to determine whether it gives the Defendant "fair notice of what the Plaintiff's claim is and the grounds upon which it rests. Conley V. Gibson, 355 U.S. 41, 47, 78 S.CT. 99, 2 L.Ed. 2d. 80 (1957), "Specifically:

"

A Complaint is required to contain a short and plain statement of the claim showing that the Pleader is entitled to relief, and in order to survive a motion to Dismiss, the Plaintiff must allege "enough facts to state a claim to relief that is plausible on its face.

## Conclusion

The Plaintiff through the Defendants evidence and precedent that there is a genuine dispute of material fact relating to a Constitutional violation, there fore Plaintiff are entitled to Judgment in his favor as a matter of law.

(4)

## Affidavit

I, Larry Grady, first duly sworn, deposes and says the following:

Plaintiff response to the answer and written report that he is over twenty-one years of age and everything stated herein are true and correct to the best of my knowledge and belief. 28 USC 1746

*Larry Grady*

## Certificate of Service

I hereby certify that I have served a true and correct copy of the above foregoing upon the Defendant's Attorney, by placing the same in the U.S. mail, postage prepaid and properly address as follows: 4/19/2015

301 Ripley Street
Post Office Box 301501
Montgomery, Alabama
36130-1501

*Larry Grady*
Larry Grady #143344

Larry Jerome Grady #143344
P.O. Box 56
Elmore, Alabama
          36025

MONTGOMERY AL 360
22 APR 2015 PM 3 L



THIS CORRESPONDENCE IS FORWARDED
...

**LEGAL MAIL**

United States District Court
One Church Street, Suite B-110
Montgomery, Alabama
          36104-4018

3610440180i