IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

LARRY GRADY, #143344 )
    PLAINTIFF, )
)
)
vs. ) CIVIL ACTION NO. 2:14-CV-991-MHT
)
)
LEEPOSEY DANIELS, WARDEN, ET AL )
    DEFENDANTS. )
)

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Leeposey Daniels, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Leeposey Daniels. I am presently employed as a Correctional Warden with the Alabama Department of Corrections at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

I have reviewed the Order of Inmate Larry Grady, B/M #143344 and this is my response to that order.

Inmate Grady is alleging that while I was Warden at Elmore Correctional Facility, I had him transferred to another facility and removed from trade school for filing numerous administrative complaints due to denying him books sent to him from Books-A-Million. Inmate Grady was transferred to Bibb Correctional Facility on May 12, 2014, due to the fact that he sought relief because he feared he would be harassed by the


EXHIBIT 1

staff at Elmore Correctional Facility because he had filed complaints against the staff at Elmore Correctional Facility.

Inmate Grady was afforded all due process requirements in accordance with ADOC Administrative Regulation #403.

To my knowledge, the above-related facts are the entirety of my involvement with inmate Grady concerning the allegations on which his complaint is based.

I deny that I have violated any well-established due process rights of inmate Grady.

*Leeposey Daniels*

SWORN TO and SUBSCRIBED before me this ___19___ day of May 2015.

NOTARY PUBLIC

11/30/17
My Commission Expires:

# SOCIAL SERVICE ACTION

NAME **GRADY, LARRY JEROME**     AIS **143344B**     R&S **B/M**

INSTITUTION **ELMORE**     CUSTODY **MEDIUM**

ACTION: Rescind: _____

Amend: _____

Transfer: From: **ELMORE**     To: **BIBB**

Custody: From: **MEDIUM**     To: **MEDIUM**

REASON(S)

**REQUEST TO TRANSFER INMATE GIBSON TO BIBB ON A TRANSFER TO BIBB PER WARDEN DANIELS. INMATE GRADY IS SEEKING RELEIF TO NOT BE HARASSED BY ELMORE STAFF FOR FILING A COMPLAINT AGAINST ELMORE STAFF. INMATE GRADY IS SENTENCED OUT OF LEE COUNTY. TAD NOTIFIED BY EMAIL.**

**DNA IN FILE**

~~NKE~~

~~MH-O~~

~~HC-1~~

05/12/14

TYRON BARROW

DATE: _____     APPROVED: _____

N 258