IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

LARRY JEROME GRADY, 2016 APR 29 P 2:32
Plaintif,
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

VS.                              Case No. 2-14-CV-991-MHT

LEEPOSEY DANIELS, et. al
Defendant.


LETTER TO THE UNITED STATES
MAGISTRATE JUDGE

YOUR HONOR:

This letter is intended to inform the Court of causal effects attendant to my claim of retaliation against the defendants Leeposey Daniels, Capt. Mckey, and Ofc. Jones.

When I was stationed Elmore Correctional Facility in the dates of circ. 2014 I attended a Vocational Trade School at J.F. Ingram State Technical College. I was studying Electrical Technology in an effort to graduate with the skills necessary to obtain an electrician's contractor's liscense.

-1-

When defendant Daniels took it upon himself to have me transfered to Bibb Correctional Facility in retaliation for me utilizing Administrative Complaints against his staff, i.e. defendants Mckey and Jones he uprooted my status as a student with J.F. Ingram Technical College. Through much travail I was eventually transferred from the prison in Bibb County to Staton Correctional Facility so that I could continue my education at J.F. Ingram Technical College. Bibb Correctional Facility did not have any vocational school training.

For over five years and before my Complaint with the defendants originated I was having serious medical problems with my back approx. five years ago I underwent a spinal column surgery. Rods and screws were placed within a section of my spinal column. Shortly after that surgery I began to experience debilitating pain in my back. It took years of complaing to the prison healthcare system before I was ever scheduled for a followup surgery. That follow up surgery date was set for April 25, 2016. I had to request the surgery date be rescheduled until Dec. 2016 so that I could be present to take my 1st semester exams with J.F.

Ingram Technical College. Had I missed taking this 1st semester final exam I would have been required to retake the entire 1st semester for the 3rd time.

Now here is the crux of this letter in re to the causal effect of defendant Daniels retaliatory response to my filing administrative complaints against members of his staff.

Had defendant Daniels not used his power as Warden at Elmore Correctional Facility to emergency transfer me to a prison that did not have a Vocational School, whereby I possibly could have transfered my semester credits earned while I was attending J.F. Ingram Technical College had defendant Daniels chose to transfer me to a State prison where J.F. Ingram Vocational curriculum was being taught, i.e., Staton Correctional Facility or Draper Correctional Facility all located down the road from Elmore Correctional Facility; then I would have already graduated trade school and not been faced with the horrible option of choosing to have my back surgery and miss my semester finals, or delay my surgery and present myself for the semester finals.

Therefore, respectfully I plead to the Court "Cause and Effect" of defendant Daniels retaliation response to plaintiff's filing Administrative Complaints against his Staff while def. Daniels was Warden at Elmore Correctional Facility.

Submitted via U.S. Mail on date of April 27th, 2016

_____
LARRY JEROME GRADY

Staton Correctional Facility
2690 Marion Spillway Road
Elmore, Alabama 36025-1513

## CERTIFICATE of SERVICE

Herewith the below signed certifies that he has served a true and correct copy of the foregoing upon the Asst. Attorney General representing the defendant parties by placing such that is properly addressed in the care of the U.S. mail with first class postage prepaid in advance of mailing.

Dated: April 27, 2016

_____
LARRY JEROME GRADY

Staton Correctional Facility
2690 Marion Spillway Road
Elmore, Alabama 36025-1513

LARRY JEROME GRADY
#
Staton Correctional Facility
2690 Marion Spillway Road
Elmore, Alabama 36025

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT BEEN EVALUATED AND
THE ALABAMA DEPARTMENT OF CORRECTIONS IS
NOT RESPONSIBLE FOR THE SUBSTANCE OR
CONTENTS OF THE ENCLOSED COMMUNICATION.
36104401801

MONTGOMERY AL 360
28 APR 2016 PM 2 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT

ONE CHURCH STREET
SUITE B-110
MONTGOMERY, Alabama
36104-4018