IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LARRY JEROME GRADY,<br><br>    Plaintiff,<br><br>    v.<br><br>LEEPOSEY DANIELS, Warden,<br>et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:14cv991-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 41) is adopted.

(2) Defendants Leeposey Daniels, Charles McKee, and Althea Jones's motion to dismiss (doc. no. 20) plaintiff Larry Jerome Grady's book claim, based on failure to exhaust administrative remedies and lack of standing is denied.

(3) Defendants Daniels, McKee, and Jones's motion for summary judgment (doc. no. 20) is granted as to:

    (a) Plaintiff Grady's claims against defendants Daniels, McKee, and Jones in their official capacities;

    (b) Plaintiff Grady's claim against defendants Daniels, McKee, and Jones based on the denial of books; and

    (c) Plaintiff Grady's individual-capacity claims against defendants McKee and Jones for retaliatory transfer.

(4) Defendants Daniels, McKee, and Jones's motion for summary judgment (doc. no. 20) is denied as to plaintiff Grady's retaliatory-transfer claim against defendant Daniels in his individual capacity.

(5) Judgment is entered against plaintiff Grady and in favor of defendants Daniels, McKee, and Jones on plaintiff Grady's official-capacity claims and on plaintiff Grady's claim of denial of books.

(6) Judgment is entered against plaintiff Grady and in favor of defendants McKee and Jones on plaintiff Grady's individual-capacity claim of retaliatory transfer.

(7) Defendants McKee and Jones are terminated as parties to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and will be set for a pretrial conference and a jury trial on plaintiff Grady's remaining retaliatory-transfer claim against defendant Daniels.

DONE, this the 7th day of August, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE