IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2017 SEP -7 P 1:59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Larry Grady, #143344,
    Plaintiff,

v.      Civil No. 2:14-cv-991-MHT

Leepasey Daniels, et al.,
    Defendants.

## Motion For Appointment Of Counsel
"Pursuant To 28 U.S.C. § 1915 (e)(1)"

Comes now, the Plaintiff Larry Grady, #143344, a Alabama State inmate, pursuant to 42 U.S.C. § 1983 in the above styled cause, respectfully moves the Honorable Court for the appointment of counsel to assist and protect his constitutional rights that may be taken away from, by his lack of education, due to the transfer did and has hindered his rights to obtain or try to educate himself by learning to read, understand, and comprehend what's read by himself and others read, due to not being able to spell words, pronounce the word(s) to for a sentence.

    And this being done by the assistance of another inmate who assist other inmates in the answering and filings in court at no cost. Respectfully, put the fact he believes the Plaintiff Larry Grady #143344 is mentally incompetent to represent self and the assistance of counsel will be in the best intrest and fairness

(1) of (2)

of justice,

And the failure will fundamentally undermine the fundamentals of the Constitution of the United States or of the State of Alabama.

Also, trying to make Plaintiff realize, that in a civil case (he) the Plaintiff has no constitutional right to counsel, while on indigent Plaintiff may be appointed counsel under 28 U.S.C. § 1915(e)(1), a court retains broad discretion in making decision. See) Killians v. Holt, 166 F.3d 1156, 57 (11th Cir 1999).

Wherefore the reasons stated above, the Plaintiff respectfully moves for the Appoint of Counsel, before October 1, 2017 the Depositation date for him, by Respondent(s) counsel to be present.

Respectfully Submitted

sign Danny Grady    date 9-5-17
Elmore Correctional Facility pro-se

<u>Certificate of Service</u>

I hereby certify that on the 5th day of September, 2017 I will mail by U.S. mail to Clerk, U.S. District Court Middle District of Alabama at P.O. Box 711 Montgomery AL 36101-0711, by placing in the prison mail box system at Elmore Correctional Facility.

Willy Grady #173577-CX 18A
Elmore Correctional Facility
3520 Elmore Correctional Facility
Elmore, Al 36025

MONTGOMERY AL 360
05 SEP 2017 PM 2 L

Att: Clerk of Court
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Al 36101-0711