# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY JEROME GRADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv991-MHT |
| | ) | (WO) |
| LEEPOSEY DANIELS, Warden, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the plaintiff's motion for clarification (doc. no. 57) of the court's opinion and judgment (doc. nos. 44 & 45), it is ORDERED that the motion is granted.

The court has ruled in favor of the defendants and against the plaintiff on his claim about the denial of books; that claim will not go to trial. However, the court ruled that that the plaintiff's First Amendment retaliation claim against defendant Leeposey Daniels can go to trial. Therefore, there will be a trial on the plaintiff's claim that, in retaliation for

plaintiff's complaints about the denial of books, Warden Daniels transferred him to another prison where he could not continue with an educational program. In other words, the only claim that remains is plaintiff's retaliatory transfer claim.

DONE, this the 2nd day of October, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE