IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY JEROME GRADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 2:14cv991-ECM |
| | ) |
| LEEPOSEY DANIELS, Warden, | ) |
| | ) |
| Defendant. | ) |

# O R D E R

Now pending before the Court are the plaintiff's motions for appointment of counsel (docs. # 52, 69, 71, 76, & 79) and the plaintiff's motion for reconsideration (doc. # 60). Upon the court's review of the pleadings filed in this case, the court concludes that this case does not present exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner, which justify the appointment of counsel. Accordingly, it is

ORDERED that the motions for appointment of counsel (docs. # 52, 69, 71, 76, & 79) and the motion for reconsideration (doc. # 60) be and are hereby DENIED.

Done this 29th day of October, 2018.

                                               /s/Emily C. Marks
                                               EMILY C. MARKS
                                               UNITED STATES DISTRICT JUDGE