IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY JEROME GRADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 2:14cv991-ECM |
| | ) |
| LEEPOSEY DANIELS, Warden, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Now pending before the Court is the defendant's motion to continue trial (doc. 98) filed on January 31, 2019.  This case is presently scheduled for jury selection and jury trial on February 4, 2019.  The Court held oral argument on the defendant's motion on February 1, 2019.  The plaintiff does not object to a continuance of this matter.  Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED as follows:

1.The motion to continue (doc. 98) be and is hereby GRANTED.

2.Jury selection and trial of this cause be and is hereby CONTINUED from February 4, 2019 to **June 17, 2019 at 10:00 a.m**. in Courtroom 2A in the United States Courthouse Complex, One Church Street, Montgomery, Alabama.

3.**The persons having custody of the Plaintiff is DIRECTED to produce him at the federal courthouse at 8:00 a.m. on June 17, 2019.**

4. An on-the-record pretrial conference be and is hereby set for 10:00 a.m. on May 2, 2019 in Courtroom 2A in the United States Courthouse Complex, One Church Street, Montgomery, Alabama. **The persons having custody of the Plaintiff is DIRECTED to produce him for the pretrial conference.**

5. All requested voir dire questions shall be filed with the court on or before June 13, 2008. All requested jury charges shall be filed with the court on or before June 13, 2008.

6. **Witnesses**.

(a) **All** parties shall file a witness list at least **twenty-one (21) days** before the date of the pretrial conference. Witnesses not on the list will not be heard.

(b) **Cases Proceeding In Forma Pauperis**. If the plaintiff desires to procure the attendance of witnesses by writ or subpoena, he shall file and serve -- not later than twenty-one (21) days before the pretrial conference -- a witness list containing the names and addresses of **all** witnesses -- whether a subpoena is sought or not -- (inmate or civilian status) and a brief statement of the expected testimony of each witness, whether his subpoena is sought or not. The plaintiff should be specific in stating their expected testimony, because if their testimony is not material or is simply repetitive the court may in its discretion decline to order the subpoena of the witness. *See Cook v. Bounds*, 518 F.2d 779, 780 (4th Cir. 1975).

You should be aware that whether the witness is subpoenaed by a pauper or not, Rule 45(c) requires that your subpoena must be accompanied by a witness fee

($40 per day), a lodging fee ($83 per day) and meal allowance ($46 per day) if overnight stay is required, and mileage (at 54.5 cents per mile each way), or it need not be obeyed.  The witness will be so informed by the subpoena.  It is the responsibility of the subpoenaing party to provide that money to the clerk's office for tender with the subpoena.

(c) Subpoena by Non-Paupers.  The marshal's office requests that you request issuance of witness subpoenas as early as possible, but in no event less than twenty-one (21) days before trial.

7. The Clerk of the Court is DIRECTED to serve a copy of this order on the General Counsel for the Department of Corrections and the Warden for the Elmore Correctional Facility.

Done this 1st day of February, 2019.

      /s/Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE