# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **LARRY GRADY,** ) | |
| **AIS #143344,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO. 2:14-CV-991 |
| **LEEPOSEY DANIELS,** ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S WITNESS LIST

COMES NOW the Defendant, by and through the undersigned counsel, and in accordance with this Court's Order (Doc 53), submits the following list of witnesses for the trial of the above-entitled matter.

WILL CALL:

1.  **Captain Charles McKee**, 3520 Marion Spillway Road, Elmore, Alabama 36025. In general, Captain McKee is expected to give testimony related to the Plaintiff's claim and the Defendant's defenses. More specifically, his testimony is expected to include the following. Captain McKee will testify as to how books are handled in general for inmates at the Elmore, and the specifics of how Mr. Grady's books were handled. Captain McKee is expected to give testimony as to the Plaintiff's administrative complaint and its handling. He will also testify regarding a meeting between the Plaintiff and Warden Daniels to discuss the

1

Plaintiff's complaints.  Captain McKee will also testify about the circumstances of, and reasons for, the Plaintiff's transfer to Bibb Correctional Facility.

    2.    **Officer Althea Jones**, 3520 Marion Spillway Road, Elmore, Alabama 36025.  Officer Jones is expected to testify in general about the Plaintiff's claim and the Defendant's defenses.  Specifically, among other things, Officer Jones will testify about the procedures she followed in handling inmate mail, books received in the mail, and the policies related thereto.  Officer Jones will also testify about the content of the two books that form the basis of the Plaintiff's First Amendment claim and her reasons for rejecting them.

    MAY CALL:

    1.    **Plaintiff Larry Grady**.

    2.    **Defendant Leeposey Daniels**, c/o the undersigned attorney.  Former Warden Daniels is expected to testify in general about the Plaintiff's claim and his defenses.  Specifically, he is expected to testify about the policies and procedures for handling inmate mail – to include the processing and screening of incoming books. He will testify about the circumstances surrounding the handling of the two books that form the basis of the Plaintiff's claim.  He will testify about the policies and procedures for handling inmate grievances in general, and grievances related to inmate mail in particular.  Warden Daniels will also testify about his role in reviewing the Plaintiff's grievance regarding his books, his knowledge of the

Plaintiff's incarceration circumstances, his meeting with the Plaintiff related to his grievance, and his reasons for initiating the warden to warden transfer that moved the Plaintiff to Bibb Correctional Facility.

3. Any witnesses called or identified by the Plaintiff.[1]

4. Any witnesses needed for authentication.

5. Any other witnesses who may become necessary for impeachment or to rebut testimony or other evidence offered by the Plaintiff.

                          Respectfully Submitted,

                          Steve Marshall
                          Attorney General

                          Carrie Ellis McCollum (ELL037)
                          General Counsel

                          <u>/s/Stephanie L. Smithee</u>
                          Stephanie L. Smithee(SMI255)
                          Assistant Attorney General

**ADDRESS OF COUNSEL:**
**Alabama Department of Corrections**
**Legal Division**
**301 Ripley Street**
**Post Office Box 301501**
**Montgomery, AL  36130-1501**
**334-353-3857**

---

[1] By listing Plaintiff's witnesses, the Defendant should not be construed as waiving any objection to the testimony, in whole or in part, of any witness listed by the Plaintiff.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Larry Jerome Grady
AIS #143344
Red Eagle Work Center
1290 Red Eagle Road
Montgomery, AL  36110

/s/Stephanie L. Smithee
Stephanie L. Smithee(SMI255)
Assistant Attorney General