RECEIVED
2019 MAY -7 A 10:55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN The United States District Court
For The Middle District of Alabama
Nothern Divison

Larry Grady
AIS* No 143344

Plaintiff

VS.

Leeposey Dainels

Defendant

CASE No. 2:14-CV-991-MHT-WC

Plaintiff's Jury Voir Dire

Comes now the Plaintiff, Larry Grady Pro-se, and submit the following requested jury Voir dire questions:

BASIC \ General

1. Do you believe in equal justic?

2. Do you believe a Warden, a Police officer, a CO. 1, a Captain, a LT. or F.B.I. is above the law?

3. How do you all, as jury members feel about education?

4. Do you think a person is ever to old to get a G.E.D. or take a trade?

5. Do you thank a person have the right to file a Complaint about his\ her 1st amendment right?

6. Do you think that the judge is the head of the Court, and he or she should make the right decison and see the law the right way no matter what the out Come may be?

7. Do you believe in right and worng?

8. How do you feel about a person that is in prison?

9. Do you thank a person can change his\ their life if he or she have the right tools, such as education or a trade? (Or BOTH)

10. Are you able to determand right from wrong?

11. How do you feel about seting on a jury having to determan what is right between a inmate and Warden?

12. Do you believe evidence can be facts?

13. Do you believe Cases can be wone by facts?

14. Do you believe perjury is a Crime when a person make a false statement under Oath?

15. How do you feel about retaliation?

16. Do any of you ladies and gentleman of the jury have a family member or friend that is a Correctional officer?

17. Do you Know anyone that work for the department of Corrections?

18. Do any of you have a family member or friends that is a police officer?

19. Do any of you members of the jury have a family member that is a inmate in prison?

20. Have any of you jurior members ever served on a law souit dealing with a warden, inmate, or any other law inforcement?

Social Activites\ Social Interest

1. What do you like to do for your social activites?

2. Social Interest, Do you like to read books, News papers, Novals, or magazine?

3. Do you like movies?

4. What kind of movies do you like to watch?

5. Do you like swimming, joging, walking in the park, or going to base ball games, or soft ball games?

6. For social activites, would you work, or help in a group like NAACP for black lives matter?

7. Social Interest, Are you interested in taking a trade, or go to trade school to learn to do something that you enjoy doing?

Occpational

1. Could you ladies and gentleman of the jury state your jobs and what you do for a liveing?

2. Have any of you worked, or ever worked part time for A.D.O.C.?

## Attitudes about Prisons, Jails, Inmates And Law Enforcement

1. How do you feel about prison, jails, INmates, and law enforcement or Warden?

2. Have any of you members of the jury ever been mis-treated by law inforcement or Warden?

3. Have any members of the jury ever filed a law-suit on any one that is a part of the law inforcement?

4. Do you believe that a person have the right to file a Complaint against a officer of the law or anyone else if they are wrong?

5. Do any of you members of the jury have mix feelings about this Case and what it is about?

6. Do any of you ladies and gentleman of the jury know what goes on in a prison, or a jail Cell, or how inmates are treated?

7. How would you say you attitude is today for being here? Today you Could be anywhere, doing anything. How do you feel about that?

8. Do you have any reason to believe that the testimony of a Correctional Officer, Warden, or police officer should be true no matter what the Complaint is about?

9. Do you think a police officer, Correctional officer, and Warden should be responsiable for there actions and be judge by the Court of law?

## Knowledge of the Defendant and Attorney

1. Do any one of you jury members Know the Defendant Leeposey Daniels?

2. Are any of you accquainted with any of Mr. Daniels family members or Close friends of his?

3. Do any of you jury members Know the Defendant's Attorney, Ms. Stephanie L. Smithee?

4. Are any of you members of the jury acquainted with anybody that is in Ms. Smithee's family or a Close friend of her's?

5. Have anyone of you ever served on a jury trial with Ms. Smithee repersenting any one on trial before today?

Deliberation Questions

1. Have any of you jury members heard anything about this case before today?

2. Ladies and gentleman of the jury, you know you is about to judge a law suit dealing with a inmate and a Warden?

3. Will there be a problem with anyone of you making the right decision about this case?

4. At the end of this trial, and when the Court instruct you all to consider a verdict, will you all have an opened mind about the decision that you all will make?

5. Will you all be able to render a fair opinion about this case?

Respectfully Submitted:

Larry Grady

Date: 5-6-19

# Certificate OF Service

I Larry Grady #143344, ON this 6 day of May, 2019. I hereby Certify that a Copy of this Document has been forwarded to Judge, Emily Marks through U.S. Mail.

Ms. Emily Marks
Judge
IN the United States District Court
For the Middle District Of Alabama
Northern Divison
Montgomery, Alabama
36104-4018

Respectfuly Submitted:
Larry Grady #143344
1290 Red Eagle Road
Red Eagle Honor Camp\Work Center
Montgomery, Alabama
36110

Larry Gr
1290 Red Eagle Road
Red Eagle Work Center
Montgomery, Alabama
36110

OFFICE OF THE CLERK
United States District Court
One Church Steet Suite B-110
Montgomery, Alabama
36104-4018

LEGAL MAIL