In The United States District Court RECEIVED
For The Middle District Of Alabama
Northern Divison

2019 MAY -7 A 10:56
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Larry Grady (Pro-se)
AIS# 143344

Case #No. 2:14-CV-991-MHT-WC

Plaintiff

VS.

Leeposey Daniels

## Objection
## Motion To Strike Defendant's Exhibit List In Part

Comes now, Larry Grady Pro-Se. Plaintiff, ask this Honorable Court to strike Defendant's Exhibit list in parts for proper cause. See Defendant's Exhibit List Page (2).

The Judge clearly stated. Exhibit list herein bold print were not used in the Plaintiff's deposition and therefore were not provided to the Plaintiff at the deposition.

See Defendant's Exhibits list Page 1 and 2

13 through 24 should be struck from the Defendant's list because the Court plainly stated. "It say," Exhibits listed herein **Bold Print** were not used in the Plaintiff's deposition and therefore were not provided to the Plaintiff at the deposition.

Therefore everything in **Bold Print** should not be used in, or at the day of trial.

The only numbers that should be used at the day of the trial is #No.6, #No.8, #No.9, #No.10, #No.11, and #No.12.

The reason for that is because, we are in court because of a <u>Retaliation Transfer</u> and removing me from Trade School and G.E.D. We are in Court to prove that Warden Leeposey Daniels deliverly transfered me to Bibb County Corrections to end my education. Anything else will be E-relevant to the can. We should stay to what is at hand, Retaliation and Removed from Trade School. I will prove to the Court that I was removed from Trade School and shiped because of a inmate complaint that I had the right to file. I will prove to the Court that my First Amendment right was violated. I had the right to file a inmate forma complaint.

#No.1, #No.2, #No.3, #No.4, and #No.5 should be struck from the witness list. #No.3 and 4 are the same case.

This have nothing to do with the pertaining case that is at hand.

The defendant is trying to use the above Exhibits to confuse the jury and alienate the jury against me instead of sticking to the facts about the transfer.

My past history clearly don't have anything to do with the Retaliation Transfer that is at hand.

The Defendant's Counsel is only trying to use my past as I said before; She is only trying to confuse the Court and jury about what is at hand.

The facts don't show anything about my past history. The facts shows I was Retaliated and Transefered because of a inmate complaint.
Therefore all of the defendant's Exhibits should be struck and not be allowed to be brought up at trial.

Respectfuly Submitted:
Harry Grady
1290 Red Eagle Road
Red Eagle Work Center\Honor Camp
Montgomery, Alabama
36110

Office of the Clerk
United States District Court
One Church Street Suite B-110
Montgomery, Alabama
36104-4018

Certificate OF Service

I Larry Grady #143344, ON this 6 day of May 2019, I hereby Certify that a Copy of this Document has been forwarded to the OFFICE OF THE CLERK through U.S. Mail.

OFFICE OF THE CIERK
United States District Court
One Church Streed Suite B-110
Montgomery, Alabama
      36104-4018

      Respectfuly Submitted:
      Larry Grady #143344
      1290 Red Eagle Road
      Red Eagle Honor Camp\Work Center
      Montgomery, Alabama
           36110

Larry G[...] #[...]
1290 Red [Eagle Road]
Red Eagle Work Center
Montgomery, Alabama
    36110



OFFICE OF THE CLERK
United States District Court
One Church Steet Suite B-110
Montgomery, Alabama
             36104-4018

LEGAL MAIL