# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

## NORTHERN DIVISION

| | |
|---|---|
| **LARRY GRADY,** ) | |
| AIS # 143344 ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: |
| ) | 2:14-CV-991-ECM |
| **LEEPOSEY DANIELS,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

COMES NOW Assistant Attorney General Madeline H. Lewis and respectfully asks the Court's permission to substitute Madeline H. Lewis as counsel of record for the Defendant, Leeposey Daniels and, for grounds, state as follows:

The Alabama Department of Corrections has transferred this case to Madeline H. Lewis.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL
By:

/s/ Madeline H. Lewis

        Madeline H. Lewis
        Assistant Attorney General
        Counsel for Defendant

OF COUNSEL:

General Civil Litigation and Administrative Law Division
Office of the Attorney General
State of Alabama
501 Washington Avenue
Montgomery, Alabama 36130-0152
Office: (334) 353-4840
Fax:    (334) 242-2433

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2019, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

    Inmate Larry Jerome Grady, pro se
    AIS #143344
    Elmore Correctional Facility
    3520 Marion Spillway Road
    Elmore, AL 36025

        /s/ Madeline H. Lewis
        OF COUNSEL