**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **LARRY JEROME GRADY,**  ) | |
| **AIS #143344,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO: 2:14-cv-991-ECM |
| **LEEPOSEY DANIELS,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S JURY VOIR DIRE**

Come now the Defendant Leeposey Daniels, by and through the undersigned counsel, and submit the following requested jury *voir dire* questions:

**BASIC/GENERAL**

1. Are you (or your spouse) a regular viewer of television series or documentaries about prisons or prisoners or the criminal justice system like "Orange is the new Black", "Prison Break", "OZ", "Lock-up", or "Making a Murderer"?

2. Do you (or have you in the past) regularly listened to podcasts about the criminal justice system like "Serial"?

3. Follow-up: Has this influenced the way you see prison or jail officials or law enforcement?

4. Have you or a family member ever received an out-of-court settlement in a legal case? If so, please explain the circumstances and type of settlement you received?

**ORGANIZATIONAL ACTIVITIES, SOCIAL ACTIVITIES, SOCIAL INTERESTS**

5. Have you (or a family member or close friend) ever been to a meeting conducted for or by any organizations which promote inmate rights, prisoner rights, victim's rights, or civil rights groups that would include organizations or groups like ACLU, EJI, Southern Poverty Law Center, SCLC, NAACP, Black Lives Matter, Free Alabama Movement, Prison Activist Resource Center, Critical Resistance, or groups like these?

6. Have you (or a family member or close friend) ever donated money or goods or services (including volunteer hours) to any of these organizations which promote inmate rights, prisoner rights, victim's rights, or civil rights groups that would include organizations or groups like ACLU, EJI, Southern Poverty Law Center, SCLC, NAACP, Black Lives Matter, Free Alabama Movement, Prison Activist Resource Center, Critical Resistance, or groups like these?

7. Have you (or your spouse) ever used your social media account (like Facebook, Twitter, Instagram) to promote or highlight or advocate inmate rights, prisoner rights, victim's rights, or civil rights or to promote like ACLU, EJI, Southern Poverty Law Center, SCLC, NAACP, Black Lives Matter, Free Alabama Movement, Prison Activist Resource Center, Critical Resistance, or groups like

these—or to promote or support causes like equal rights, civil rights, or Black Lives Matter?

### EXPERIENCE WITH (AND ATTITUDES ABOUT) PRISONS, JAILS, INMATES, AND LAW ENFORCEMENT

8. Does any member of jury venire have a relative or friend who is currently, or in the past has been, incarcerated in prison or jail? Follow: Who, when, where, what was charge?

9. Has any member of the jury venire ever felt like a law enforcement officer (whether jailer, correctional officer, a state trooper, a sheriff or deputy sheriff, a marine police officer, a game warden, an immigration official, ICE official, INS official) mistreated you or a member of your family or a close friend? Follow-up.

10. Has any member of the jury venire or a close family member ever filed a lawsuit against any law enforcement officer or agency regarding the conduct of a law enforcement officer of any kind? Follow-up.

11. Has any member of the jury venire ever filed a complaint or grievance of letter of complaint (or sent a complaining e-mail or text) to any person, group, or agency regarding the conduct of a law enforcement officer or prison official or jail official of any kind? Follow-up.

12. Is there any member of the jury venire that has a fixed opinion as to how the Alabama Department of Corrections treats convicts now in prison, whether Alabama Department of Corrections treats them too harshly or too leniently? If so, please explain.

13. Has any member of the jury venire ever visited an inmate in any city/county jail, state prison, or federal prison?

14. Have you or your spouse ever sent a letter to an inmate or detainee, or sent money and/or books to an inmate or detainee, or sent an e-mail or text to an inmate or detainee?

15. Have you ever visited a jail or prison (even if not there to visit a particular convict) for a tour, a "Scared Straight" program, or as part of a religious or spiritual outreach or church ministry?

16. Do you feel that you (a member of your family or a close friend) have ever been mistreated, abused, disrespected, discriminated against, or treated unfairly by a law enforcement official---police officer, state trooper, prison officer, jail officer, game warden, marine police officer?

17. Do you, for any reason, believe that local government officials such as state or county officials or employees or law enforcement officials are, in general, corrupt, prejudiced toward any group of individuals, or deal unfairly with the public? If so, please explain your feelings.

18. Do you have *any* reason for not trusting or not liking state, county or other local government officials, including law enforcement officials? If so, please state your reason.

19. Do you have any reason for believing that the testimony of a private citizen should be believed before, or carry a greater weight than that of, a law enforcement officer? If so, please explain why.

20. Do you think a person must be responsible for his or her own actions even if the consequences resulting from the actions are not what the person may want or think they deserve?

### OCCUPATIONAL CONNECTION WITH LAW ENFORCEMENT/MILITARY

21. Have you (or a family member or close friend) ever worked for or received training in the law enforcement field?

22. Have you (or a family member or close friend) ever been in the military (any of the army forces) or reserves or National Guard?

### KNOWLEDGE OF PARTIES AND ATTORNEYS

23. Larry Grady is the Plaintiff in this case. Are any of you related to, or acquainted with, even slightly, Mr. Grady?

24. Mr. Grady's wife is Vanessa Grady who lives in Birmingham, Alabama. Are any of you related to, or acquainted with, even slightly, Ms. Grady?

25. Mr. Grady's children are Shameka Riley, Lanetta Foster both of whom live in Birmingham, Alabama and Amberia Williams who lives in Opelika. Are any of you related to, or acquainted with, even slightly, these people?

26. Have you (a family member, or a close friend) ever been employed by the State of Alabama in any capacity?

27. Have you (a family member, or a close friend) ever been employed by the Alabama Department of Corrections—or any law enforcement agency—federal, state, local—state troopers, sheriff's department, federal prisons, state prisons, jails—anywhere?

28.     Have you (a family member, a close friend, or your employer) ever done work for the State of Alabama on a contractual or independent contractor basis?

29.     Do you feel like any aspect of the State of Alabama (in any branch or department) or anyone ever done you (a family member or close friend) wrong or mistreated you/them (including the Revenue Dept. or Transportation or Highway Department, or state troopers (ALEA))?

**DELIBERATION QUESTIONS**

30.     Have any of you formed an opinion about this case as the result of any information you have seen or heard about this case – including what you have heard so far?

31.     Have any of you reached any preliminary opinions about this case simply because the Plaintiff has sued the Defendants?

32.     Are you willing to keep a completely open mind and not make any decisions about the case until all of the evidence has been presented by both sides and the parties have had a chance to argue the case and the Court has instructed you on the law and then you retire to consider the verdict?

33.     Since the Plaintiff gets to present his entire case before the Defendants are allowed to call a single witness, can you wait until both sides have a chance to present the cases before you begin deciding the outcome?

34.     If the Judge tells you that you should find for the Plaintiff only if certain things are proven, and those circumstances are not proven in your opinion,

would you be inclined to rule for the Plaintiff anyway because you felt sorry for him or thought that he had been treated unfairly?

35. Are you able to render a fair and impartial verdict based solely upon the evidence and not based on any verdict of sympathy you may have for the Plaintiff?

36. Does any member of the jury panel know of any reason why you may be prejudiced for or against the Plaintiff – or – for or against the Defendant because of the nature of this particular case or otherwise?

37. If you believe that the Defendants should not be held liable, would you be able to maintain this belief even if other jurors felt differently?

38. Is there anyone here who simply does not want to serve as a juror for any reason?

39. Is there anything else about your experiences or feelings that have not been raised today that would affect your ability to act as a fair juror in this case?

40. If you would have answered "yes" to any of these questions but were embarrassed to do so in front of the entire courtroom, would you indicate that to the Court now by raising your hand and the Court will allow you to approach the bench to discuss this potentially sensitive information privately?

        Respectfully submitted,

        STEVE MARSHALL
        ATTORNEY GENERAL
        By:


        /s/ Madeline H. Lewis
        Madeline H. Lewis
        Assistant Attorney General
        Counsel for Defendant
        Warden Leeposey Daniels, retired

OF COUNSEL:

General Civil Litigation and Administrative Law Division
Office of the Attorney General
State of Alabama
501 Washington Avenue
Montgomery, Alabama 36130-0152
Office: (334) 353-4840
Fax:    (334) 242-2433


## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2019, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

    Inmate Larry Jerome Grady, pro se
    AIS #143344
    Elmore Correctional Facility
    3520 Marion Spillway Road
    Elmore, AL 36025


        /s/ Madeline H. Lewis
        OF COUNSEL