IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY JEROME GRADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 2:14cv991-ECM |
| | ) |
| LEEPOSEY DANIELS, Warden, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Now pending before the Court is the Defendant's motion to substitute exhibit list (doc. 116) filed on May 30, 2019.  Upon consideration of the motion, and for good cause, it is

ORDERED that the Defendant's motion to substitute (doc. 116) be and is hereby GRANTED.

Done this 7th day of June, 2019.

                                            /s/Emily C. Marks
                                            EMILY C. MARKS
                                            CHIEF UNITED STATES DISTRICT JUDGE